# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DOUGLAS STUART QUEEN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:25-CV-02292-JAR-TJJ |
| | ) |
| **KANSAS CITY, KANSAS POLICE** | ) |
| **DEPARTMENT et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## DEFENDANT'S MOTION TO DISMISS

Defendant University of Kansas Hospital Authority ("UKHA"), by and through counsel Trevin Wray and Kemper Bogle, hereby moves for dismissal of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). The legal argument and authorities supporting this Motion are more fully set out in Defendant's *Memorandum in Support*, filed contemporaneously herewith and incorporated by reference as though fully set forth herein.

WHEREFORE, Defendant University of Kansas Hospital Authority respectfully moves the Court for an Order dismissing the claims against it and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

SIMPSON, LOGBACK, LYNCH, NORRIS, P.A.

By: */s/   Kemper A. Bogle*
    Trevin E. Wray, KS #21165
    Kemper A. Bogle, KS #29388
    10851 Mastin Street, Suite 1000
    Overland Park, Kansas 66210
    Telephone: (913) 342-2500
    Facsimile: (913) 342-0603
    Email:   twray@slln.com
            kbogle@slln.com
    ATTORNEYS FOR DEFENDANT
    UNIVERSITY OF KANSAS HOSPITAL
    AUTHORITY

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2025, the foregoing document was filed using the Electronic Filing System, which will send notice of electronic filing to all parties of record, including Plaintiff:

Douglas Stuart Queen
4348 Mission Road, Apt. 2
Kansas City, KS 66103

                                          */s/   Kemper A. Bogle*